IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN BLACK and PRACHIN WILSON | : | |
| | : | DOCKET NO.: |
| v. | : | |
| | : | |
| MICHAEL HANNA | : | |

**TO: CLERK OF COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Defendant, by and through his attorneys, William J. Ferren & Associates, hereby files the within Notice of Removal from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S. § 1441(b), Removal based on diversity of citizenship, and avers as follows:

1. On or about March 6, 2020, Plaintiffs Stephen Black and Prachin Wilson, filed a Complaint against Defendant, Michael Hanna, in the Court of Common Pleas of Philadelphia County, seeking damages in excess of $50,000.00. A true and correct copy of Plaintiffs' Complaint filed in the Court of Common Pleas of Philadelphia County, March Term, 2020; No.: 0657 is attached hereto as Exhibit "A".

2. Defendant Hanna was served with a copy of the Complaint on or about April 25, 2020.

3. In their Complaint, Plaintiffs allege that they are residents of Westchester County, New York. See Exhibit "A" at ¶¶1 and 2, respectively.

4. Plaintiffs further allege, in their Complaint, that the incident giving rise to this litigation involved an automobile accident which resulted in purported injuries to the strains and sprains of the cervical spine and lumbar spine, right shoulder; restricted range of motion, neck pain, cervicalgia, radiculopathy and back pain. See Exhibit "A" at ¶¶17(a) – (q).

5. Per Plaintiffs' Complaint, the alleged incident occurred at Penrose Avenue in Philadelphia, Pennsylvania. See Exhibit "A" at ⁋4.

6. 28 U.S.C. § 1332(a) provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 . . . and is between – (1) [c]itizens of different States."

7. 28 U.S.C. § 1441(a), pertaining to removal of civil actions, provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8. 28 U.S.C. § 1446(b)(1) provides that "[t]he notice of removal of a civil action or proceeding shall be filed within thirty (30) days after the receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . ."

9. 28 U.S.C. § 1446(b)(2)(A) provides that "[w]hen a civil action is removed solely under section 1441(a) . . ., all defendants who have been properly joined and served must join in or consent to the removal of the action."

10. Michael Hanna resides in Barnegat, New Jersey and is a citizen of the State of New Jersey.

11. For the purposes of diversity and venue, Plaintiffs are citizens of New York not residing within this Judicial District.

12. Plaintiffs' Complaint establishes, to a reasonable probability, that the amount-in-controversy is in excess of $75,000.00, and Plaintiffs are seeking damages in relation to allegedly "severe" bodily injuries. See Exhibit "A" at ⁋⁋17(a) – (q).

13. This case is appropriate for removal from state court to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1332(a)(1) and § 1441(a), as complete diversity of citizenship exists between Plaintiffs and the Defendant, the amount-in-controversy exceeds $75,000.00, exclusive of interests and costs.

14. The instant Notice of Removal complies with 28 U.S.C. § 1446(a) and (b), as it is being filed within thirty (30) days of the date of service of the pleading from which it has been ascertained that the matter is removable by the removing Defendant, and within one year of the commencement date of the action. See Exhibit "A".

15. Further, no other Defendant has been sued and/or served in connection with this action such that their consent is required for removal.

16. Promptly after filing in this Court and the assignment of a Civil Action Number, a Notice of Notice of Removal will be filed with the Court of Common Pleas of Philadelphia County, in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, Notice is given that this action is removed from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania.

**WILLIAM J. FERREN & ASSOCIATES**
/s/ *Tiffany N. Martin*
TIFFANY N. MARTIN

Attorney I.D. No.: 323370

P.O. Box 2903
Hartford, CT 06104-2903
(267) 675-3031
tnmartin@travelers.com

Attorney for Defendant

DATED: May 15, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN BLACK and | : | |
| PRACHIN WILSON | : | |
| | : | DOCKET NO.: |
| v. | : | |
| | : | |
| MICHAEL HANNA | : | |

**CERTIFICATION**

I, TIFFANY N. MARTIN, hereby certify that the facts set forth in the foregoing Notice of Removal are true and correct to the best of my knowledge, information, and belief.

**WILLIAM J. FERREN & ASSOCIATES**
/s/ *Tiffany N. Martin*
TIFFANY N. MARTIN

Attorney I.D. No.: 323370

P.O. Box 2903
Hartford, CT 06104-2903
(267) 675-3031
tnmartin@travelers.com

Attorney for Defendant

DATED: May 15, 2020

# EXHIBIT "A"

Cellino & Barnes, P.C.
John E. Lavelle, Esq.
PA Bar I.D. No.: 315154
600 Old Country Road, Suite 412
Garden City, New York 11530
Phone: (800) 888-8888 ext. 535
Fax: (877) 227-8020
John.Lavelle@cellinoandbarnes.com

Attorneys for Plaintiffs

**IN THE COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| STEPHEN BLACK<br>125 Radford Street, Apt. 4E<br>Yonkers, NY 10705 | : | Docket No.: |
| PRACHIN WILSON<br>125 Radford Street, Apt. 4E<br>Yonkers, NY 10705 | : | Not an Arbitration Case |
| | : | Plaintiffs Request a Jury of 12 |
| Plaintiffs<br>vs | : | |
| MICHAEL HANNA<br>6 Azalea Court<br>Barnegat, NJ 08005 | : | |
| Defendant | : | |

**COMPLAINT IN A CIVIL ACTION**

AND NOW come plaintiffs, STEPHEN BLACK and PRACHIN WILSON, by their counsel John E. Lavelle, Esq. of Cellino & Barnes, P.C., 600 Old Country Road, Suite 412, Garden City, New York 11530 and files this complaint against defendant, MICHAEL HANNA, and upon information and belief alleges as follows:

1. Plaintiff STEPHEN BLACK is an adult residing at the above-captioned address in Westchester County, New York.

Filed and Attested by the
Office of Judicial Records
06 MAR 2020 11:25 am
S. RICE

# FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
# COURT OF COMMON PLEAS OF PHILADELPHIA

Stephen Black and Prachin Wilson

v.

Michael Hanna

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral
and Information Service
1101 Market St., 11th Floor
Philadelphia, Pennsylvania 19107
(215) 238-6333

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
1101 Market St., 11th Piso
Filadelfia, Pennsylvania 19107
(215) 238-6333

10-284

2. Plaintiff PRACHIN WILSON is an adult residing at the above-captioned address in Westchester County, New York

3. Defendant MICHAEL HANNA is an adult residing at the above-captioned address in Ocean County, New Jersey.

4. The crash described herein took place on September 2, 2019 at approximately 2:20 pm on Penrose Avenue in the City and County of Philadelphia and Commonwealth of Pennsylvania.

5. Venue is proper in the County of Philadelphia pursuant to Pa.R.C.P. §2179.

6. On or about September 2, 2019, plaintiff STEPHEN BLACK was the owner and operator of a 2019 Honda Pilot bearing New York Plate No. GTC4989 (the "Honda Pilot").

7. On or about September 2, 2019, plaintiff PRACHIN WILSON was a passenger in the 2019 Honda Pilot.

8. On or about September 2, 2019, defendant MICHAEL HANNA was the owner and/or lessee and operator of a 2018 Subaru Outback bearing New Jersey Plate No. P96JY8 (the "Subaru Outback").

9. At the time and place of this crash, plaintiff STEPHEN BLACK was operating the 2019 Honda Pilot on Penrose Avenue, County of Philadelphia and Commonwealth of Pennsylvania.

10. At the time and place of this crash, defendant MICHAEL HANNA was operating the 2018 Subaru Outback on Penrose Avenue, County of Philadelphia and Commonwealth of Pennsylvania.

11. At the time and place of this crash, defendant MICHAEL HANNA operated said vehicle in such a negligent and careless so as to strike plaintiffs' vehicle in the rear.

12. As a result of the above-described crash, plaintiff, STEPHEN BLACK, sustained serious personal injuries as hereinafter more fully set forth at length.

13. As a result of the above-described crash, plaintiff, PRACHIN WILSON, sustained serious personal injuries as hereinafter more fully set forth at length.

14. The aforementioned crash was caused solely and exclusively by the negligence and carelessness of the defendant, and was due in no part whatsoever to acts and/or failures to act on the part of the plaintiffs.

**COUNT I**
**STEPHEN BLACK v. MICHAEL HANNA**

15. Plaintiffs re-allege the preceding paragraphs of their Complaint as if fully set forth at length herein.

16. The negligence and carelessness of defendant, MICHAEL HANNA, consisted of the following:

a. Striking plaintiffs' vehicle in the rear;

b. Failing to apply to breaks in a timely manner and with appropriate force;

c. Failing to stop his motor vehicle prior to impact;

d. Operating the motor vehicle without due regard to the point and position of the other motor vehicles on the road; and

e. Failing to operate the motor vehicle with due care and regard to the health and safety of the plaintiff.

17. As a result of the negligence and carelessness of defendant as aforesaid, plaintiff STEPHEN BLACK was caused to suffer severe and painful bodily injuries which

are serious and/or permanent and plaintiff was also caused to suffer aggravation, acceleration and activation of any and all pre-existing ailments and/or conditions. The injuries sustained in the crash include, but are not limited to, the following:

a. Sprain/strain – cervical spine;
b. Restricted range of motion – cervical spine;
c. Neck pain;
d. Cervicalgia;
e. Radiculopathy;
f. Sprain/strain – lumbar spine;
g. Restricted range of motion – lumbar spine;
h. Back pain;
i. Sprain/Strain - Right shoulder;
j. Restricted range of motion – right shoulder;
k. Right shoulder pain;
l. Sprain/Strain – left knee;
m. Restricted range of motion – left knee;
n. Left knee pain;
o. Sleep loss secondary to the above injuries;
p. Restricted activities of daily living secondary to the above injuries; and
q. Pain and suffering as a result of the above injuries.

18. As a result of the injuries sustained, plaintiff has been required to receive and undergo medical attention and care and has and may incur various expenses for the injuries she has suffered, which sums have or may exceed the sum recoverable under the limits of 75 Pa. C.S.A. Section 1711 and/or 1712 and/or workers' compensation or any program, group, contract or other arrangement for payment of benefits as defined in 75 Pa. C.S.A. Section 1719 and plaintiff may be obligated to continue to expend various sums and/or incur such expenditures for an indefinite time in the future.

19. As a further result of these injuries, plaintiff has or may suffer severe physical pain, wages losses, mental anguish and may continue to suffer the same for an

activation of any and all pre-existing ailments and/or conditions. The injuries sustained in the crash include, but are not limited to, the following:

a. Sprain/strain – cervical spine;
b. Restricted range of motion – cervical spine;
c. Neck pain;
d. Cervicalgia;
e. Radiculopathy;
f. Sprain/strain – lumbar spine;
g. Restricted range of motion – lumbar spine;
h. Back pain;
i. Sleep loss secondary to the above injuries;
j. Restricted activities of daily living secondary to the above injuries; and
k. Pain and suffering as a result of the above injuries.

23. As a result of the injuries sustained, plaintiff has been required to receive and undergo medical attention and care and has and may incur various expenses for the injuries she has suffered, which sums have or may exceed the sum recoverable under the limits of 75 Pa. C.S.A. Section 1711 and/or 1712 and/or workers' compensation or any program, group, contract or other arrangement for payment of benefits as defined in 75 Pa. C.S.A. Section 1719 and plaintiff may be obligated to continue to expend various sums and/or incur such expenditures for an indefinite time in the future.

24. As a further result of these injuries, plaintiff has or may suffer severe physical pain, wages losses, mental anguish and may continue to suffer the same for an indefinite time in the future. She will be deprived of the enjoyment and pleasures of life and incur economic losses other than previously asserted.

**WHEREFORE**, plaintiff, PRACHIN WILSON, demands judgment in Count II herein for a sum in excess of the arbitration limit of fifty thousand dollars ($50,000.00) plus interest and costs of suit and delay damages as may be recoverable under the Pennsylvania Rules of Civil Procedure.

John E. Lavelle, Esq.
PA Bar I.D. 315154
Cellino & Barnes, P.C.
600 Old Country Road, Suite 412
Garden City, New York 11530
(800) 888-8888 x538

## VERIFICATION

I, STEPHEN BLACK, am a plaintiff in this action and I depose and say that the statements contained in the foregoing complaint are true and accurate to the best of my knowledge, information and belief. I understand that the statements contained herein are subject to 18 PA.C.S. §4904.

Stephen Black

STEPHEN BLACK

VERIFICATION

I, PRACHIN WILSON, am the plaintiff in this action and I depose and say that the statements contained in the foregoing complaint are true and accurate to the best of my knowledge, information and belief. I understand that the statements contained herein are subject to 18 PA.C.S. §4904.

PRACHIN WILSON

**CERTIFICATE OF SERVICE**

I, TIFFANY N. MARTIN, hereby certify that the foregoing Notice of Removal on behalf of Defendant was filed electronically with the United States District Court for the E.D. of PA **and served** electronically upon the following counsel:

John E. Lavelle, Esquire
Cellino & Barnes
600 Old Country Road - Suite 412
Garden City, NY 11530

WILLIAM J. FERREN & ASSOCIATES
BY: /s/ *Tiffany N. Martin*
TIFFANY N. MARTIN

DATED: May 15, 2020